UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT LANCE WALKER                                                              PLAINTIFF
#0034684

V.                                    No. 3:21-CV-122-JM-JTR

RON HITTS, Arresting
Officer and Investigator                                                         DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant Hitts' Motion to Dismiss (*Doc. 21*) is GRANTED. All pending motions *(Docs. 25, 28)* are denied, as moot. Walker's false-arrest claim against Hitts is DISMISSED, with prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 12th day of December, 2022.

_____
UNITED STATE DISTRICT JUDGE