UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT LANCE WALKER                                                                           PLAINTIFF
#0034684

V.                                           No. 3:21-CV-122-JM-JTR

RON HITTS, Arresting
Officer and Investigator                                                                      DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. Walker's claim against Hitts is dismissed with prejudice; Walker's claims against the other defendants were previously dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 12th day of December, 2022.

_____
UNITED STATE DISTRICT JUDGE